JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| EFREN PENILLA P.[1],<br><br>             Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY[2], Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 23-06143-AS<br><br>**JUDGMENT** |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 5, 2024

                                   _____/s/_____
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE

---

   [1]   Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

   [2]   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin O'Malley is hereby substituted as the Defendant in this action.